JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| ALICE SAMANIEGO SMITH, | ) | No. ED CV 10-00805-VBK |
| | ) | |
| | ) | JUDGMENT |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the decision of the Commissioner is reversed, and the matter is remanded for a new hearing consistent with the Memorandum Opinion.


DATED: February 17, 2011            /s/
                          VICTOR B. KENTON
                          UNITED STATES MAGISTRATE JUDGE